Rafael **QUINTANILLA**, Plaintiff-Appellee,

v.

Lewis B. **HERSHEY**, Director, Selective Service, et al., Defendants-Appellants.

Patrick Allen **CLARK**, Plaintiff-Appellee,

v.

Lewis B. **HERSHEY**, Director, Selective Service, et al., Defendants-Appellants.

Robert Adam **GRAY**, III, Plaintiff-Appellee,

v.

Lewis B. **HERSHEY**, Director, Selective Service, et al., Defendants-Appellants.

Betrand C. **MOSER**, Plaintiff-Appellee,

v.

Lewis B. **HERSHEY**, Director, Selective Service, et al., Defendants-Appellants.

Nos. 27706–27709.

United States Court of Appeals
Fifth Circuit.

Oct. 1, 1969.

Seagal V. Wheatley, U. S. Atty., Reese L. Harrison, Jr., Asst. U. S. Atty., San Antonio, Tex., for appellants.

Sam R. Perry, Austin, Tex., for Quintanilla.

Mark Levbarg, Austin, Tex., for Clark.

Brown, Erwin, Maroney & Barber, E. Richard Criss, Jr., Austin, Tex., for Gray.

M. A. Lehmann, Houston, Tex., for Moser.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM.

On motion filed by the United States in each of the captioned causes based on this Court's decision in Albert Armendariz, Jr., plaintiff-appellee versus Lewis B. Hershey, Director, Selective Service, et al, defendants-appellants, decided on June 13, 1969.

It is ordered that the appeals in the above matters be, and the same are hereby, dismissed for mootness. See Armendariz v. Hershey, 5 Cir., 1969, 413 F.2d 1006 [No. 27554, June 13, 1969] (per curiam opinion), [July 17, 1969] (per curiam on petition for rehearing).

Alfred B. **ROBINSON**, Quentell Gipson, et al., Plaintiffs-Appellees,

v.

Sam **COOPWOOD**, Mayor of the City of Holly Springs, et al., Defendants-Appellants.

No. 27275.

United States Court of Appeals
Fifth Circuit.

Oct. 22, 1969.

Robert P. Crutcher, D. Rook Moore, III, Fant & Crutcher, Holly Springs, Miss., for appellants.

Armand Derfner, James A. Lewis, Jackson, Miss., George M. Strickler, Jr., New Orleans, La., for appellees.

Before BROWN, Chief Judge, and JONES and CARSWELL, Circuit Judges.

PER CURIAM:

The facts giving rise to this controversy and the reasons given by the district court for its decision are to be found in its published opinion in Robinson v. Coopwood, 292 F.Supp. 926. Under the particular facts and circumstances of this case, this Court has reached the conclusion that the judgment of the district court should not be reversed. It is, therefore,

Affirmed.